■  In the Matter of FRANK H. LEVINE. — Motion granted and the name of petitioner is restored to the roll of attorneys and counselors at law and he is reinstated as a member of the Bar and admitted to practice in all the courts of this State, effective November 27, 1984. Concur — Murphy, P. J., Kupferman, Sandler, Ross and Silverman, JJ.